UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

JUDGE: HON. FAITH S. HOCHBERG          DATE: June 6, 2012

COURT REPORTER: JOHN STONE

DEPUTY CLERK: JULIANNE BURO

Title of Case:  SCHEUERMAN v. NESTLE HEALTHCARE NUTRITION, INC.
                JOHNSON v. NESTLE HEALTHCARE NUTRITION, INC., et al.

                                    Civ. Docket No. 10-3684 (FSH)(PS)
                                                    10-5628 (FSH)(PS)

Appearances:  David Wolfe, Esq. for Plaintiffs
              Phillip Kim, Esq. for Plaintiffs
              Geoffrey Castello, Esq. for Defendants
              Daniel Blynn, Esq. for Defendants

**NATURE OF PROCEEDINGS:**  Motion Hearing on [167][118] Motion for Summary Judgment and [169][120] Motion to Certify Class

Ordered decision reserved.

Time Commenced: 1:05p.m.                Time adjourned: 3:15p.m.

cc: chambers                            *Julianne Buro*
                                        Deputy Clerk