<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KURT SCHEUERMAN, individually and on behalf of all others similarly situated, | Hon. Faith S. Hochberg, U.S.D.J. |
| | Civil Case No. 10-3684 (FSH)(PS) |
| Plaintiff, | |
| v. | **ORDER** |
| | Date: July 16, 2012 |
| NESTLE HEALTHCARE NUTRITION, INC., | |
| Defendant. | |

| | |
|---|---|
| MARIA JOHNSON, individually and on behalf of all others similarly situated, | Hon. Faith S. Hochberg, U.S.D.J. |
| | Civil Case No. 10-5628 (FSH)(PS) |
| Plaintiff, | |
| v. | **ORDER** |
| | Date: July 16, 2012 |
| NESTLE HEALTHCARE NUTRITION, INC., | |
| Defendant. | |

<u>**HOCHBERG, District Judge**</u>**;**

This matter comes before the Court upon Defendant Nestle Healthcare Nutrition, Inc.'s ("Nestle") motion to dismiss portions of the Amended Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No. 124], Nestle's Motion for Summary Judgment filed pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1 [Docket No. 167], and Plaintiffs' Motion for Class Certification [Docket No. 169]; and

for the reasons set forth in this Court's Opinion of July 16, 2012;

**IT IS** on this 16th day of July, 2012,

**ORDERED** that Defendant Nestle Healthcare Nutrition, Inc.'s Motion to Dismiss is **GRANTED** as to Plaintiffs' UTPCPL claim (Count VII) only; and

**IT IS FURTHER ORDERED** that Nestle's Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part; and

**IT IS FURTHER ORDERED** that Plaintiffs' NJCFA (Count I), Negligent Misrepresentation (Count II), UCL (Count IV), FAL (Count V), and CLRA (Count VI) claims are **ADJUDGED** in favor of Nestle; and

**IT IS FURTHER ORDERED** that Nestle's motion for summary judgment is **DENIED** as to Plaintiffs' Breach of Express Warranty claim (Count III); and

**IT IS FURTHER ORDERED** that the parties shall jointly contact Magistrate Judge Shwartz within seven (7) days of the issuance of this Order with a proposed schedule of dates for the pretrial deadlines stayed by the Court's June 13, 2012 Order; and

**IT IS FURTHER ORDERED** that this action will be referred to mediation, consistent with Local Civil Rule 301.1, on the Breach of Express Warranty claim (Count III). The parties shall submit a list of three mediators on consent by **July 24, 2012**. If the parties cannot agree on a list of mediators, the Court will choose a mediator from the list of Court-designated mediators. Mediation shall commence no later than September 15, 2012 and shall conclude by October 15, 2012. All deadlines, including the stayed deadlines to be reset by Judge Shwartz, will remain in place during mediation.

The Clerk of the Court is directed to terminate the motions: Docket Nos. 124 and 167.

/s/ Faith S. Hochberg_____
Hon. Faith S. Hochberg, U.S.D.J.