Geoffrey W. Castello
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
Attorneys for Defendant
Nestlé Healthcare Nutrition, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KURT SCHEUERMAN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>Defendant. | Civil Action No.: 10-CV-03684-FSH-PS |
| MARIA JOHNSON, an individual, on behalf of herself and all others similarly situated, and ROES 1 through 100, inclusive<br><br>Plaintiffs,<br><br>v.<br><br>NESTLÉ HEALTHCARE NUTRITION, INC.,<br><br>Defendant. | Civil Action No.: 10-CV-5628-FSH-PS<br><br>**STIPULATION<br>OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Kurt Scheuerman, plaintiff Maria Johnson and defendant Nestlé Healthcare Nutrition, Inc. that the above-referenced actions are hereby dismissed with prejudice and without costs to any party.

Dated:  November 21, 2012                                    -2-

| | |
|---|---|
| THE ROSEN LAW FIRM, P.A. | SKOLOFF & WOLFE, P.C. |
| By:  /s/ Laurence Rosen | By:  /s/ Evan A. Showell |
| Laurence Rosen | Evan A. Showell |
| 236 Tillou Road | 293 Eisenhower Parkway |
| South Orange, New Jersey  07079 | Livingston, New Jersey  07039 |
| (973) 833-0399 | (973) 992-0900 |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

KELLEY DRYE & WARREN LLP

By:   /s/ *Geoffrey W. Castello*
         Geoffrey W. Castello
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*